**COM.**

v.

**MCDONALD, J.**

**680 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–22–CR–0003708–2015 (Dauphin)

Affirmed

**COM.**

v.

**THOMPSON, C.**

**681 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–22–CR–0002384–2015 (Dauphin)

Affirmed

**COM.**

v.

**MAYS, D.**

**745 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–41–CR–0001107–2014 (Lycoming)

Affirmed

**IN RE: Theodore J. DAVENPORT**

**766 MDA 2016**

Superior Court of Pennsylvania.

Filed 03/10/2017

CP–22–MD–0000648–2016 (Dauphin)

Affirmed

**US BANK NATIONAL ASSN.**

v.

**HARTMAN, M.**

**901 MDA 2016**

Superior Court of Pennsylvania.

03/10/2017

13–3985 (Berks)

Affirmed